Javier VILLEGAS, Plaintiff–Appellee,

v.

DEERE & COMPANY, A Delaware Corporation, John Deere Construction Equipment Company, a foreign corporation, Defendants–Third–Party Plaintiffs–Appellants.

No. 06–13273.

United States Court of Appeals, Eleventh Circuit.

Dec. 19, 2006.

Lawrence B. Domenico, Marvin Andrew Riddle, Mozley, Finlayson & Loggins LLP, Atlanta, GA, for Defendants–Third–Party Plaintiffs–Appellants.

Craig Alan Webster, The Webster Firm, PC, Duluth, GA, for Plaintiff–Appellee.

Before DUBINA and WILSON, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

Appellants Deere & Company and John Deere Construction Equipment (collectively "Deere") appeal, in this products liability action, the entry of judgment entered on the jury's verdict in favor of Appellee Javier Villegas ("Villegas") and the district court's denial of Deere's motions for new trial and judgment as a matter of law.

---

* Honorable Timothy J. Corrigan, United States District Judge for the Middle District of Florida, sitting by designation.

* Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment in this case in favor of Villegas and against Deere & Company.

**AFFIRMED.**